February 6, 1975

Albert M. Greenfield & Co., Inc. *v.* Kolea, Appellant.

Argued December 5, 1974. *Frank H. Morgan, Jr.,* with him *John T. Mulligan,* and *Lord & Mulligan,* for appellant; *Richard Max Bockol,* with him *Allen J. Levin,* and *Goodis, Greenfield, Henry, Shaiman & Levin,* for appellee.

Order affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.

VAN DER VOORT, J., absent.